| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Eastgate Whitehouse LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-1573386

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6 Puritan Road<br>Rye, NY 10580<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester<br>County | **Location of principal assets, if different from principal place of business**<br>350 East 52nd Street New York, NY 10022<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Eastgate Whitehouse LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Eastgate Whitehouse LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **William W. Koeppel** | Relationship | **Member and Affiliate** |
| District | **Southern District of New York** | When **6/26/18** | Case number, if known **18-22984** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Eastgate Whitehouse LLC**                                                           Case number (*if known*)
         Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Eastgate Whitehouse LLC** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 19, 2022**
MM / DD / YYYY

**X /s/ William W. Koeppel**              **William W. Koeppel**
Signature of authorized representative of debtor    Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ Joel M. Shafferman**              Date **August 19, 2022**
Signature of attorney for debtor              MM / DD / YYYY

**Joel M. Shafferman**
Printed name

**Shafferman & Feldman LLP**
Firm name

**137 Fifth Avenue**
**9th Floor**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone **(212) 509-1802**   Email address **shaffermanjoel@gmail.com**

Bar number and State

Fill in this information to identify the case:
- Debtor name: **Eastgate Whitehouse LLC**
- United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
- Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Public Adjusters, LLC 134 Maple Street Great Neck, NY 11023 | | Fee | | | | $14,486.54 |
| Leech Tishman Robinson Brog 875 Third Ave 9th Floor New York, NY 10022 | | Legal Fees | | | | $200,000.00 |
| NYC Dept of Finance 66 John Street Room 104 New York, NY 10038 | | DOB Fines for Building Violations | | | | $15,000.00 |
| NYC Water Board 59-17 Junction Blvd Elmhurst, NY 11373 | | | | $22,000.00 | $0.00 | $22,000.00 |
| Povol & Company CPA, P.C. 1981 Marcus Avenue Suite C100 New Hyde Park, NY 11042 | | Accounting Services | | | | $46,000.00 |
| Pyramid Restoration NY, LLC 52-02 11th Street Long Island City, NY 11101 | | Engineering Boom Truck Rental | | | | $7,500.00 |
| Rosenberg & Estis, P.C. 733 Third Avenue New York, NY 10017 | | Legal Fees | | | | $350,000.00 |
| SEIU 32BJ 25 West 18th Street New York, NY 10011 | | Settlement Agreement | | | | $100,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Eastgate Whitehouse LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **V.C. Drywall & Remodeling, LLC**<br>**C/O Smith, Buss & Jacobs, LLC**<br>**733 Yonkers Avenue, Suite 200**<br>**Yonkers, NY 10704** | | | | **$50,000.00** | **$0.00** | **$50,000.00** |
| **WFCM 2018-C46**<br>**c/o Holland & Knight, LLC**<br>**900 Third Avenue.**<br>**20th Floor**<br>**New York, NY 10022** | | | **Disputed** | **$32,000,000.00** | **$0.00** | **$32,000,000.00** |
| **William W. Koeppel**<br>**6 Puritan Road**<br>**Rye, NY 10580** | | **Loan** | | | | **$3,400,000.00** |
| **WWK 140 Bay Ridge, LLC**<br>**6 Puritan Road**<br>**Rye, NY 10580** | | **Loan** | | | | **$2,000,000.00** |

```
AMERICAN PUBLIC ADJUSTERS, LLC
134 MAPLE STREET
GREAT NECK, NY 11023


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


LEECH TISHMAN ROBINSON BROG
875 THIRD AVE
9TH FLOOR
NEW YORK, NY 10022


NYC DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK, NY 10038


NYC DEPT OF FINANCE
66 JOHN STREET
ROOM 104
NEW YORK, NY 10038


NYC WATER BOARD
59-17 JUNCTION BLVD
ELMHURST, NY 11373


NYS DEPT TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300


POVOL & COMPANY CPA, P.C.
1981 MARCUS AVENUE
SUITE C100
NEW HYDE PARK, NY 11042


PYRAMID RESTORATION NY, LLC
52-02 11TH STREET
LONG ISLAND CITY, NY 11101


ROSENBERG & ESTIS, P.C.
733 THIRD AVENUE
NEW YORK, NY 10017
```

```
SEIU 32BJ
25 WEST 18TH STREET
NEW YORK, NY 10011


V.C. DRYWALL & REMODELING, LLC
C/O SMITH, BUSS & JACOBS, LLC
733 YONKERS AVENUE, SUITE 200
YONKERS, NY 10704


WFCM 2018-C46
C/O HOLLAND & KNIGHT, LLC
900 THIRD AVENUE. 20TH FLOOR
NEW YORK, NY 10022


WILLIAM W. KOEPPEL
6 PURITAN ROAD
RYE, NY 10580


WWK 140 BAY RIDGE, LLC
6 PURITAN ROAD
RYE, NY 10580
```

# United States Bankruptcy Court
## Southern District of New York

In re  **Eastgate Whitehouse LLC**
Debtor(s)

Case No. 
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Eastgate Whitehouse LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2022**
Date

**/s/ Joel M. Shafferman**
**Joel M. Shafferman**
Signature of Attorney or Litigant
Counsel for  **Eastgate Whitehouse LLC**
**Shafferman & Feldman LLP**
**137 Fifth Avenue**
**9th Floor**
**New York, NY 10016**
**(212) 509-1802**
**shaffermanjoel@gmail.com**