UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                Chapter 11

EASTGATE WHITEHOUSE LLC,                            Case No. 22- 22635 (SHL)

                                    Debtor.
-----------------------------------------------------------X

**DECLARATION OF WILLIAM W. KOEPPEL
IN SUPPORT OF DEBTOR'S APPLICATION
FOR AUTHORIZATION TO RETAIN SHAFFERMAN &
FELDMAN LLP AS ATTORNEYS FOR THE DEBTOR**

William W. Koeppel, hereby certifies that:

I am president and sole shareholder of Whitehouse Estates, Inc. ("Whitehouse), sole member of Eastgate Whitehouse LLC, the debtor and debtor-in–possession herein (the "Debtor")

1.      This certification is submitted in support of the Debtor's Application for Authorization to Retain Counsel (the "Application").  Pursuant to the Application, the Debtor seeks to retain S&F as its bankruptcy counsel.

2.      Whitehouse provided Shafferman & Feldman ("S&F") with a retainer, in the amount of $15,062, in connection with the above referenced Chapter 11 case.

3.      Whitehouse is not a creditor of the Debtor, nor does the Debtor owe Whitehouse money.

4.      At the time that the Debtor engaged S&F as its bankruptcy counsel, I was advised that S&F's retention was specific to the Debtor and that S&F would act only as counsel for the Debtor during the bankruptcy case.  I was further advised that Whitehouse would be required to retain separate and independent legal counsel if any issues affecting it during the pendency of the Debtor's case.  The Debtor and Whitehouse each agreed to the retainer payment arrangement.

1

5.  Whitehouse does not intend to purchase any of the Debtor's assets during the

pendency of this case.

6.  Whitehouse does not intend to provide any financing to the Debtor.

7.  Whitehouse will not be filing any proofs of claim in this case or seek re-

payment of the amounts paid.

I hereby declare, pursuant to section 1746 of title 28 of the United States Code that the

foregoing is true to the best of my knowledge, information and belief.

Dated: Rye, New York
       August 22, 2022                 __/S/ William W. Koppel_____
                                       William W. Koeppel, as President and
                                         sole shareholder of Whitehouse Estates, Inc., the sole
                                         member of Eastgate Whitehouse LLC