UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                                    Chapter 11

EASTGATE WHITEHOUSE LLC,                             Case No. 22- 22635 (SHL)

                               Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING
## RETENTION OF SHAFFERMAN & FELDMAN LLP AS
## COUNSEL FOR THE DEBTOR

Upon the annexed application of Eastgate Whitehouse LLC, the debtor and debtor in possession ("Debtor"), for authority pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") to retain Shafferman & Feldman LLP ("S&F") as counsel to the Debtor, and upon the annexed certification of Joel Shafferman, Esq., a member of S&F, and certification of William W. Koeppel, the president and sole shareholder of Whitehouse Estates, Inc., sole member of the Debtor, and it appearing that Joel Shafferman, Esq. is an attorney duly admitted to practice in this Court, and the Court being satisfied that S&F is a disinterested person and represents no interest adverse to the Debtor or to the estate in the matters upon which S&F is to be engaged, and that its employment is necessary and in the best interests of the estate, it is

**ORDERED**, that the Debtor be, and it is hereby, authorized to retain S&F as its counsel to represent it as counsel in the within case under chapter 11 of the Bankruptcy Code, effective as of August 19, 2022, the date of the Debtor's commencement of this Chapter 11 case; and it is further

**ORDERED**, that compensation to S&F for services rendered to the Debtor hereafter shall be upon proper application on notice and hearing to the Court pursuant to §§330 and 331 of the Bankruptcy Code and the United States Trustee Guidelines and the Local Bankruptcy Rules for the Southern District of New York; and it is further

1

**ORDERED**, that S&F shall not split its fees in this case with any other professional.

No Objection:
Office of United States Trustee

_____
By:   Paul Schwartzberg, Esq.
        Trial Attorney

2