UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11
EASTGATE WHITEHOUSE LLC,                               Case No. 22-22635 (SHL)

                              Debtor.
---------------------------------------------------------x

### ORDER AUTHORIZING THE TENANT ACTION PLAINTIFFS TO FILE A CLASS PROOF OF CLAIM ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

Upon the motion of Kathryn Casey, Laurie Cagnassola, Gerald Cohen, Betty Furr, Francesca Gagliano, Carolyn Klein, Joseph Morgan, Richard Rose, Jessica Saks and Kirk Swanson, on behalf of themselves and all others similarly situated (collectively, the "Tenant Action Plaintiffs"), dated October 12, 2022 (ECF Doc. No. 32) (the "Motion"), seeking the entry of an Order, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7023 and 9006(b)(1), authorizing the Tenant Action Plaintiffs to file an unliquidated class proof of claim in this case, on behalf of themselves and all others similarly situated, and in substantially the same form as attached to the Motion as *Exhibit "A"* (the "Tenant Class Claim"); and the Court having considered the Debtor's limited objection to the Motion, dated October 26, 2022 (ECF Doc. No. 45); and no other or further response or objection to the Motion having been made; and upon the record of the hearing held in connection with the Motion on November 3, 2022; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion is granted as set forth herein.

2. Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7023 and 9006(b)(1), the Tenant Action Plaintiffs are hereby authorized to file the Tenant Class Claim.

3.       The Tenant Action Plaintiffs shall amend the Tenant Class Claim after a final determination of the amount of each Tenant Action Plaintiff's claim has been made and such amended claim shall provide an itemization of the claim of each tenant member of the Class and the basis for their claims, and the Debtor reserves all rights as to the initial claim to be filed and any amended claim that is to be filed.

Dated: New York, New York
November 15, 2022

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE