UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

    EASTGATE WHITEHOUSE LLC,

                        Debtor.
-----------------------------------------------------------X

Chapter 11
Case No.: 22-22635 (SHL)

**ORDER SCHEDULING EXPEDITED HEARING AND SHORTENING TIME FOR NOTICE OF HEARING ON APPLICATION FOR ENTRY OF AN ORDER, PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN EASTGATE WHITEHOUSE LLC AND V.C. DRYWALL & REMODELING, LLC**

Upon the motion (the "Motion to Expedite") of Eastgate Whitehouse LLC, the debtor and debtor in possession (the "Debtor"), seeking the entry of an order approving a proposed settlement agreement by and between the Debtor and V.C. Drywall & Remodeling, LLC ("V.C. Drywall") the "Settlement Agreement"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and granting the Debtor such other and further relief as this Court deems just and proper under the circumstances (the "V.C. Drywall Settlement Motion"); all as more fully set forth in the Motion to Expedite; and the Court having jurisdiction to consider the Motion to Expedite and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Motion to Expedite having been provided under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion to Expedite is proper; and upon the Motion to Expedite and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore,

It is hereby **ORDERED** that:

1. The hearing (the "Hearing") on the V.C. Drywall Settlement Motion shall be held on **January 25, 2023 at 3:30 p.m.** (the "Hearing Date").

2. The hearing on the V.C. Drywall Settlement Motion shall take place virtually via Zoom for Government. All attorneys and parties wishing to appear at the hearing must register their appearance by utilizing the Court's eCourt Appearances tool located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl Case participants must check in to confirm their appearance no later than 4:00 p.m. one business day prior to the scheduled Hearing Date.

3. The V.C. Drywall Settlement Motion and this Scheduling Order shall be served **_as soon as possible and no later than_** ~~within~~ one business day of entry of this Order as follows: (a) the Debtor shall serve the full set of motion papers by email upon (i) the Office of the United States Trustee by email, (ii) any creditor or party in interest for which the Debtor has a current email address and (b) the Debtor shall cause the motion papers to be served by first class mail to all other creditors or parties interest.

Dated: White Plains, New York
       January 17, 2023

                                            */s/ Sean H. Lane*
                                            Honorable Sean H. Lane
                                            United States Bankruptcy Judge