|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Conference Date & Time**<br>February 21**, 2023 @ 8:30 AM** |

-------------------------------------------------------------X

In Re:

  EASTGATE WHITEHOUSE LLC,

                              Debtor.

Chapter 11
Case No.: 22-22635 (SHL)

-------------------------------------------------------------X

# **STATUS REPORT**

      1.      On February 7, 2023, the Supreme Court of the State of New York, County of New York "so ordered" a Stipulation discontinuing the action entitled <u>The City of New York v. the Land and Building Known as 346 East 52nd Street, Tax Block # 1344, Tax Lot 30, County of New York, City and State of New York et al</u> (Index No. 452998/2022). (Attached hereto as **Exhibit "A"** is a copy of the Stipulation.)

      **DATED:** New York, New York
                  February 19. 2023

                                                         **SHAFFERMAN & FELDMAN LLP**
                                                          Counsel for the Debtor
                                                          137 Fifth Avenue, 9th Floor
                                                          New York, New York 10010
                                                          (212) 509-1802
                                                          By: <u>/S/ Joel Shafferman</u>
                                                              Joel Shafferman (JMS-1055)

1