HOLLAND & KNIGHT LLP
Bruce J. Zabarauskas, Esq.
Vivian M. Arias, Esq.
31 West 52nd Street
New York, New York 10019
(202) 751-3001
bruce.zabarauskas@hklaw.com
vivian.arias@hklaw.com

Attorneys for Barclays Bank PLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                              :
                                                                                         :
EASTGATE WHITEHOUSE LLC,                            :            Case No. 22-22635 (SHL)
                                                                                         :
                                            Debtor.                    :
                                                                                         :
-----------------------------------------------------------------x

## STATUS REPORT RE: MEDIATION

Annexed hereto is a true and correct copy of the Mediator's Interim Report.

Dated:  February 23, 2023
             New York, New York

                        HOLLAND & KNIGHT LLP
                        31 West 52nd Street
                        New York, New York 10019
                        (214) 969-2511
                        bruce.zabarauskas@hklaw.com

                        By:    /s/ Bruce J. Zabarauskas
                                Bruce J. Zabarauskas

                        Attorneys for Barclays Bank PLC

## CERTIFICATE OF SERVICE

Bruce J. Zabarauskas, hereby certifies:

1.  I am a member of the bar of this Court. On February 23, 2023, I caused a true and correct copy of the Status Report and attached Mediator's Interim Report to be served via the Court's ECF system on all parties entitled to such notice.

/s/ Bruce J. Zabarauskas  
Bruce J. Zabarauskas

#187738283_v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                :
                                                                        :
EASTGATE WHITEHOUSE LLC,                           :    Case No. 22-22635 (SHL)
                                                                        :
                                            Debtor.             :
                                                                        :
------------------------------------------------------------x

## MEDIATOR'S INTERIM REPORT

Justice Larry Schachner Ret., the mediator appointed by order of the Court, dated February 13, 2023, submits this interim mediation report and states:

1. On February 23, 2023, I conducted an initial session of a mediation (the "Mediation") between Barclays Bank PLC ("Barclays") and Kathryn Casey, Laurie Cagnassola, Gerald Cohen, Betty Furr, Francesca Gagliano, Carolyn Klein, Joseph Morgan, Richard Rose, Jessica Saks and Kirk Swanson, on behalf of themselves and all others similarly situated as plaintiffs (the "Class Action Plaintiffs") in the class action lawsuit pending before the Supreme Court of the State of New York, County of New York entitled Casey, et al. v. Whitehouse Estates, Inc., et al (Index No. 111723/2011) (the "Class Action Plaintiffs").

2. Both Barclays and the Class Action Plaintiffs have proceeded in good faith in the Mediation, and progress has been made on a variety of issues. A second mediation session has been scheduled for March 9, 2023 (the "Second Session"). Between now and the date of the Second Session, Barclays and the Class Action Plaintiffs will continue to work together on certain calculations to be finalized prior to the Second Session.

3. It would be helpful to a successful resolution of this mediation if the following documents were required to be produced by Eastgate Whitehouse, LLC and its attorneys and agents no later than 7 days before the Second Session:

- Monthly rent ledgers showing the amounts paid for each residential unit, including tenant names and unit numbers, from 2017 to date.

- Monthly aged receivable reports showing any balance owed for each residential unit, including tenant names and unit numbers, from 2017 to date.

Dated: February 23, 2023
New York, New York

_____
Justice Larry Schachner, Ret.
NAM Mediation
122 East 42nd Street, Suite 803
New York, New York 10168
lschachner@namadr.com
(917) 796-4889

2

#187738283_v1