| | **Adj Hearing Date & Time** |
|---|---|
| UNITED STATES BANKRUPTCY COURT | March 16, 2023 @ 11:00 AM |
| SOUTHERN DISTRICT OF NEW YORK | |

-------------------------------------------------------------X

In Re:

                                                    Chapter 11

   EASTGATE WHITEHOUSE LLC,         Case No.: 22-22635 (SHL)

                     Debtor.

-------------------------------------------------------------X

# STATUS REPORT REGARDING J-51 CLASS ACTION

1.     Earlier this morning the New York State Court of Appeals issued a decision in what has been described in the hearings before this Court as the J-51 Class Action reversing the lower court rulings. (Attached hereto as **Exhibit "A"** is a copy of the Court of Appeals decision.)

**DATED:**   New York, New York
                March 16, 2023

                                                  SHAFFERMAN & FELDMAN LLP
                                                  Attorneys for the Debtor
                                                  137 Fifth Avenue, 9th Floor
                                                  New York, New York 10010
                                                  (212) 509-1802

                                                  By:__/S/ Joel M. Shafferman_____
                                                        Joel M. Shafferman