**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
John E. Westerman, Esq.
Thomas A. Draghi, Esq.
Mickee M. Hennessy, Esq.
*Special Litigation Counsel for*
*Eastgate Whitehouse LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

*In re*

Eastgate Whitehouse, LLC,

            Post-Confirmation Debtor.

-----------------------------------------------------------------x

Chapter 11

Case No. 22-22635 (SHL)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 20, 2024, a true and correct copy of the **NOTICE OF ADJOURNMENT OF THE HEARING ON CHAPTER 11 PLAN ADMINISTRATOR 'S OBJECTIONS TO CLAIMS 7, 8, 10, 11 [ECF NO. 297] and CLAIM 12 [ECF NO. 298]** was served pursuant to the Court's ECF/CM system to the persons/entities that have made electronic appearances and/or by first-class mail upon the parties listed on the attached Service List:

Dated: Uniondale, New York
       June 21, 2024

                                    WESTERMAN BALL EDERER MILLER
                                    ZUCKER & SHARFSTEIN, LLP

                                    By:   */s/ Mickee M. Hennessy*
                                              Mickee M. Hennessy, Esq.
                                              John E. Westerman, Esq.
                                              Thomas A. Draghi, Esq.
                                    1201 RXR Plaza
                                    Uniondale, New York  11556
                                    (516) 622-9200

                                    *Special Litigation Counsel for*
                                    *Eastgate Whitehouse LLC*

03040453.DOCX

Service List

Rosenberg & Estis, P.C.
733 Third Avenue
New York, New York 10017

939 First Avenue, LLC
c/o Joshua Bauchner
Ansell Grimm & Aaron P.C.
365 Rifle Camp Road
Woodland Park, New Jersey  07424

Whitehouse Estate, LLC
Attn: William W. Koeppel
6 Puritan Road
Rye, NY 10580

Cullen & Dykman LLP
Attn: Elizabeth Aboulafia, Esq,
C. Nathan Dee. Esq.
333 Earle Ovington Blvd, 2nd Floor
Uniondale, New York 11553

Office of the United States Trustee
Attn: Paul Schwartzberg, Esq.
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Jason S. Levin, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801

Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017

Joshua S. Bauchner, Esq,
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

Anthony J. D'Artiglio, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424

Jay B. Solomon, Esq.
Brian Bendy, Esq.
Belkin Burden Goldman, LLP
60 East 42nd Street, 16th Floor
New York, NY 10165

Douglas S. Mintz, Esq.
Ned S. Schodek, Esq.
Taleah E. Jennings, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Stuart Gordon, Esq,
Matthew V. Spero, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

Bruce Zabarauskas, Esq.
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201