**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
*In re*

EASTGATE WHITEHOUSE, LLC,

        Debtor.

Chapter 11

Case No. 22-22635 (SHL)

---------------------------------------------------------------x

**ORDER AUTHORIZING RETENTION OF EASTDIL SECURED, LLC
AS REAL ESTATE BROKER FOR
THE ESTATE OF EASTGATE WHITEHOUSE, LLC**

Upon the Application [ECF No. 346] (the "Application") of David Wallace of Trigild Management, LLC as chapter 11 Plan Administrator (the "Plan Administrator") of the estate of Eastgate Whitehouse LLC (the "Debtor") seeking entry of an Order in accordance with 11 U.S.C. §§327(e) and 328(a), permitting the Plan Administrator to retain Eastdil Secured, LLC ("Eastdil") as Real Estate Broker for the Debtor in accordance with the terms of the agreement attached as Exhibit A to the Application (the "Agreement"); and upon the accompanying Declarations of the Plan Administrator and Daniel Parker as Managing Director of Eastdil in support of the Application; and upon the record of the Hearing held on the Application on January 21, 2025; and upon the Supplemental Declaration of the Plan Administrator filed on February 10, 2025; and it appearing that Eastdil represents no interests adverse to the Debtor in the matters upon which it is to be engaged, that Eastdil's employment is necessary and would be in the best interests of the estate, that the terms of retention as set forth in the Agreement annexed as Exhibit A to the Application are fair and reasonable under the facts and circumstances of this case; and no further notice being required, it is hereby

**ORDERED,** that Eastdil is authorized to be retained and employed pursuant to 11 U.S.C. §§327(e), 328(a) and the terms of the confirmed Plan, as real estate broker for the Debtor, effective

1

as of the date hereof, in accordance with the terms of the Agreement; and it is further

**ORDERED,** that the Plan Administrator and Eastdil are authorized to take any and all such reasonable steps as may be necessary to implement the terms and condition of this Order.

Dated: March 4, 2025
       White Plains, New York

                                    ***/s/ Sean H. Lane***
                                    THE HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE

03175938.DOCX