

```
                                             Statement Period
                                             From January   01, 2025
                                             To   January   31, 2025
                                             Page     1 of      4

                                             PRIVATE CLIENT GROUP 264
                                             50 WEST 57TH STREET
                                             NEW YORK, NY 10019


    EASTGATE WHITEHOUSE LLC DIP           9-264
    DEBTOR IN POSSESSION
    CASE NUMBER 22-22635-SHL
    6 PURITAN RD
    RYE NY  10580                 999           See Back for Important Information


                                             Primary Account:        662          30
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | | Opening Bal. | Closing Bal. |
|---|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | | |
| 662 | BANKRUPTCY CHECKING | | 946,774.67 | 1,050,488.04 |
| | RELATIONSHIP | TOTAL | | 1,050,488.04 |



```
                                                          Statement Period
                                                          From January   01, 2025
                                                          To   January   31, 2025
                                                          Page    2 of      4

                                                          PRIVATE CLIENT GROUP 264
                                                          50 WEST 57TH STREET
                                                          NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP          9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY  10580                 999               See Back for Important Information


                                                      Primary Account:       662         30


BANKRUPTCY CHECKING                662
```

Summary

```
Previous Balance as of January   01, 2025                                       946,774.67
      29 Credits                                                                350,004.87
      32 Debits                                                                 246,291.50
Ending Balance as of   January   31, 2025                                     1,050,488.04
```

Deposits and Other Credits

| Date | Description | | ck/ref no. | | Amount |
|---|---|---|---|---|---|
| Jan 02 | ACH DEPOSIT | | ck/ref no. | 3745099 | 46,709.77 |
| | PAYLEASE.COM | SETTLEMENT | 000022798118918 | | |
| Jan 03 | ACH DEPOSIT | | ck/ref no. | 3967771 | 106,322.50 |
| | PAYLEASE.COM | SETTLEMENT | 000022831093758 | | |
| Jan 06 | ACH DEPOSIT | | ck/ref no. | 4127177 | 11,977.67 |
| | PAYLEASE.COM | SETTLEMENT | 000022852665930 | | |
| Jan 07 | ACH DEPOSIT | | ck/ref no. | 4307168 | 3,004.13 |
| | PAYLEASE.COM | SETTLEMENT | 000022878817718 | | |
| Jan 07 | ACH DEPOSIT | | ck/ref no. | 4277440 | 4,770.25 |
| | PAYLEASE.COM | CREDIT | 406256422 | | |
| Jan 07 | ACH DEPOSIT | | ck/ref no. | 4307171 | 8,640.87 |
| | PAYLEASE.COM | SETTLEMENT | 000022884474474 | | |
| Jan 08 | ACH DEPOSIT | | ck/ref no. | 4423605 | 1,635.76 |
| | PAYLEASE.COM | SETTLEMENT | 000022897198486 | | |
| Jan 08 | ACH DEPOSIT | | ck/ref no. | 4423603 | 2,998.57 |
| | PAYLEASE.COM | SETTLEMENT | 000022894745454 | | |
| Jan 08 | ACH DEPOSIT | | ck/ref no. | 4414648 | 4,950.00 |
| | PAYLEASE.COM | CREDIT | 406487610 | | |
| Jan 08 | ACH DEPOSIT | | ck/ref no. | 4418651 | 43,697.41 |
| | MOHR ICON LLC | CASHFLOW36 | 016WHVCGD3LQF2S | | |
| | MOHR ICON LLC CASHFLOW360 016WHVCGD3LQF2S | | | | |
| | MOHR ICON LLC CASHFLOW360 016WHVCGD3LQF2S INV V007380125 | | | | |
| | EASTGATE WHITEHOUSE LL | | | | |
| Jan 09 | ACH DEPOSIT | | ck/ref no. | 4543845 | 2,000.00 |
| | PAYLEASE.COM | CREDIT | 406743764 | | |



```
                                                          Statement Period
                                                          From January   01, 2025
                                                          To   January   31, 2025
                                                          Page    3 of     4

                                                          PRIVATE CLIENT GROUP 264
                                                          50 WEST 57TH STREET
                                                          NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP              9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580                      999              See Back for Important Information


                                                          Primary Account:  ########62         30


Jan 09  ACH DEPOSIT            ck/ref no.    4555117                                      3,800.00
        PAYLEASE.COM           SETTLEMENT    000022905320222
Jan 10  ACH DEPOSIT            ck/ref no.    4699466                                      6,832.00
        PAYLEASE.COM           SETTLEMENT    000022914562430
Jan 10  ACH DEPOSIT            ck/ref no.    4699467                                      8,294.94
        PAYLEASE.COM           SETTLEMENT    000022917151282
Jan 13  ACH DEPOSIT            ck/ref no.    4801813                                      2,188.65
        PAYLEASE.COM           SETTLEMENT    000022923764898
Jan 14  ACH DEPOSIT            ck/ref no.    4956348                                      1,068.02
        PAYLEASE.COM           SETTLEMENT    000022939821870
        013 000000000035764019000679497
Jan 14  ACH DEPOSIT            ck/ref no.    4956347                                      2,833.56
        PAYLEASE.COM           SETTLEMENT    000022938002814
Jan 17  ACH DEPOSIT            ck/ref no.    5339871                                      2,100.00
        PAYLEASE.COM           SETTLEMENT    000022963599574
Jan 21  ACH DEPOSIT            ck/ref no.    5453320                                      2,588.00
        PAYLEASE.COM           SETTLEMENT    000022969689610
        013 000000000037086549000679497
Jan 22  ACH DEPOSIT            ck/ref no.    5635085                                      2,039.35
        PAYLEASE.COM           SETTLEMENT    000022982119110
Jan 22  ACH DEPOSIT            ck/ref no.    5635086                                      7,134.26
        PAYLEASE.COM           SETTLEMENT    000022991056366
Jan 24  ACH DEPOSIT            ck/ref no.    5878231                                      2,584.73
        PAYLEASE.COM           CREDIT        407826244
Jan 28  ACH DEPOSIT            ck/ref no.    6133677                                     14,366.97
        PAYLEASE.COM           SETTLEMENT    000023023626146
Jan 29  ACH DEPOSIT            ck/ref no.    6260073                                      8,574.36
        PAYLEASE.COM           SETTLEMENT    000023034143154
Jan 29  ACH DEPOSIT            ck/ref no.    6260072                                     16,511.53
        PAYLEASE.COM           SETTLEMENT    000023039814694
Jan 30  ACH DEPOSIT            ck/ref no.    6378887                                      2,650.00
        PAYLEASE.COM           CREDIT        408290852
Jan 30  ACH DEPOSIT            ck/ref no.    6395519                                     20,611.49
        PAYLEASE.COM           SETTLEMENT    000023046110882
Jan 31  ACH DEPOSIT            ck/ref no.    6544881                                      1,183.04
        PAYLEASE.COM           SETTLEMENT    000023055304458
Jan 31  ACH DEPOSIT            ck/ref no.    6544880                                      7,937.04
        PAYLEASE.COM           SETTLEMENT    000023053501122
```



```
                                                                    Statement Period
                                                                    From January   01, 2025
                                                                    To   January   31, 2025
                                                                    Page    4 of    4

                                                                    PRIVATE CLIENT GROUP 264
                                                                    50 WEST 57TH STREET
                                                                    NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP            9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580                  999                         See Back for Important Information


                                                          Primary Account: 1##########62          30
```

### Withdrawals and Other Debits

| Date | Description | | ck/ref no. | Ref | | Amount |
|---|---|---|---|---|---|---:|
| Jan 22 | AUTOMATED PAYMENT | | ck/ref no. | 5572699 | | 12,390.00 |
|        | QUARTERLY FEE     | | PAYMENT    | 0000    | |           |
| Jan 28 | AUTOMATED PAYMENT | | ck/ref no. | 6113338 | | 177.84 |
|        | VERIZON           | | PAYMENTREC | 6514175830001 | | |

### Checks by Serial Number

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|
| Jan 03 | 457   | 200.00    | Jan 28 | 503   | 412.64    |
| Jan 07 | 478 * | 1,000.00  | Jan 30 | 504   | 653.25    |
| Jan 16 | 485 * | 9,500.00  | Jan 28 | 505   | 2,280.95  |
| Jan 23 | 487 * | 3,214.00  | Jan 30 | 506   | 598.81    |
| Jan 03 | 488   | 23,517.00 | Jan 31 | 507   | 1,816.76  |
| Jan 31 | 489   | 36,210.81 | Jan 29 | 508   | 5,555.41  |
| Jan 31 | 490   | 36,007.11 | Jan 31 | 509   | 1,825.00  |
| Jan 21 | 492 * | 23,080.88 | Jan 31 | 510   | 33,900.00 |
| Jan 23 | 493   | 816.56    | Jan 31 | 512 * | 1,362.94  |
| Jan 24 | 494   | 1,405.77  | Jan 30 | 513   | 51.88     |
| Jan 22 | 495   | 793.70    | Jan 30 | 514   | 66.35     |
| Jan 22 | 498 * | 81.63     | Jan 30 | 515   | 182.28    |
| Jan 22 | 499   | 2,387.16  | Jan 29 | 516   | 3,335.42  |
| Jan 22 | 500   | 1,351.14  | Jan 29 | 517   | 18,369.95 |
| Jan 31 | 502 * | 23,655.12 | Jan 30 | 518   | 91.14     |

\* Indicates break in check sequence

### Daily Balances

| Date | Balance | Date | Balance |
|---|---:|---|---:|
| Dec 31 | 946,774.67    | Jan 16 | 1,174,281.77 |
| Jan 02 | 993,484.44    | Jan 17 | 1,176,381.77 |
| Jan 03 | 1,076,089.94  | Jan 21 | 1,155,888.89 |
| Jan 06 | 1,088,067.61  | Jan 22 | 1,148,058.87 |
| Jan 07 | 1,103,482.86  | Jan 23 | 1,144,028.31 |
| Jan 08 | 1,156,764.60  | Jan 24 | 1,145,207.27 |
| Jan 09 | 1,162,564.60  | Jan 28 | 1,156,702.81 |
| Jan 10 | 1,177,691.54  | Jan 29 | 1,154,527.92 |
| Jan 13 | 1,179,880.19  | Jan 30 | 1,176,145.70 |
| Jan 14 | 1,183,781.77  | Jan 31 | 1,050,488.04 |



```
                                                     Statement Period
                                                     From February  01, 2025
                                                     To   February  28, 2025
                                                     Page     1 of     4

                                                     PRIVATE CLIENT GROUP 264
                                                     50 WEST 57TH STREET
                                                     NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP          9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY  10580                  999        See Back for Important Information


                                              Primary Account: ▓▓▓▓▓▓662        29
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▓▓▓▓▓62 | BANKRUPTCY CHECKING | 1,050,488.04 | 1,093,064.43 |
| | RELATIONSHIP     TOTAL | | 1,093,064.43 |



```
                                                            Statement Period
                                                            From February  01, 2025
                                                            To   February  28, 2025
                                                            Page    2 of     4

                                                            PRIVATE CLIENT GROUP 264
                                                            50 WEST 57TH STREET
                                                            NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP            9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580                    999               See Back for Important Information


                                                            Primary Account:  ####662          29


    BANKRUPTCY CHECKING          ####62
```



```
Summary

    Previous Balance as of February  01, 2025                                    1,050,488.04
         26 Credits                                                                300,713.49
         33 Debits                                                                 258,137.10
    Ending Balance as of    February  28, 2025                                   1,093,064.43


Deposits and Other Credits
    Feb 03   ACH DEPOSIT            ck/ref no.   6680104                              36,285.58
             PAYLEASE.COM           SETTLEMENT   000023060297642
             007 000000000096768329000679497
    Feb 04   ACH DEPOSIT            ck/ref no.   6878756                               1,900.00
             PAYLEASE.COM           CREDIT       409986716
    Feb 04   ACH DEPOSIT            ck/ref no.   6907753                             105,524.14
             PAYLEASE.COM           SETTLEMENT   000023100894506
    Feb 05   ACH DEPOSIT            ck/ref no.   7031351                               1,700.00
             PAYLEASE.COM           CREDIT       410467504
    Feb 05   ACH DEPOSIT            ck/ref no.   7051660                               4,352.70
             PAYLEASE.COM           SETTLEMENT   000023123954750
    Feb 06   ACH DEPOSIT            ck/ref no.   7178255                               5,330.59
             PAYLEASE.COM           CREDIT       410955265
    Feb 06   ACH DEPOSIT            ck/ref no.   7187674                               6,722.17
             PAYLEASE.COM           SETTLEMENT   000023134207362
             010 000000000120453769000679497
    Feb 06   ACH DEPOSIT            ck/ref no.   7182093                              43,697.41
             MOHR ICON LLC          CASHFLOW36   016GGUXIP3MRTK9
                MOHR ICON LLC CASHFLOW360 016GGUXIP3MRTK9
                MOHR ICON LLC CASHFLOW360 016GGUXIP3MRTK9 INV V007380225
             EASTGATE WHITEHOUSE LL
    Feb 07   ACH DEPOSIT            ck/ref no.   7329417                               4,730.00
             PAYLEASE.COM           SETTLEMENT   000023151175410
    Feb 10   ACH DEPOSIT            ck/ref no.   7444515                               2,357.50
             PAYLEASE.COM           CREDIT       411419590
```



```
                                                    Statement Period
                                                    From February  01, 2025
                                                    To   February  28, 2025
                                                    Page    3 of    4

                                                    PRIVATE CLIENT GROUP 264
                                                    50 WEST 57TH STREET
                                                    NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP             9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580              999                 See Back for Important Information


                                                    Primary Account:  ███████662        29


  Feb 11  ACH DEPOSIT           ck/ref no.   7604770                              5,355.21
          PAYLEASE.COM          SETTLEMENT   000023172147142
    013 000000000063662279000679497
  Feb 13  ACH DEPOSIT           ck/ref no.   7836538                              1,050.00
          PAYLEASE.COM          CREDIT       411848139
  Feb 13  ACH DEPOSIT           ck/ref no.   7845141                             10,189.15
          PAYLEASE.COM          SETTLEMENT   000023190906046
  Feb 14  ACH DEPOSIT           ck/ref no.   7970164                              2,926.43
          PAYLEASE.COM          SETTLEMENT   000023198042434
  Feb 14  ACH DEPOSIT           ck/ref no.   7970163                              4,094.94
          PAYLEASE.COM          SETTLEMENT   000023201897914
  Feb 18  ACH DEPOSIT           ck/ref no.   8083910                                 57.50
          PAYLEASE.COM          SETTLEMENT   000023211571850
  Feb 19  ACH DEPOSIT           ck/ref no.   8265645                             15,555.39
          PAYLEASE.COM          SETTLEMENT   000023219157326
  Feb 20  ACH DEPOSIT           ck/ref no.   8398489                                 48.50
          PAYLEASE.COM          SETTLEMENT   000023237122598
  Feb 20  ACH DEPOSIT           ck/ref no.   8395392                              1,775.00
          PAYLEASE.COM          CREDIT       412215229
  Feb 24  ACH DEPOSIT           ck/ref no.   8625105                              2,400.00
          PAYLEASE.COM          CREDIT       412355542
  Feb 24  ACH DEPOSIT           ck/ref no.   8636202                              3,400.00
          PAYLEASE.COM          SETTLEMENT   000023251131626
  Feb 25  ACH DEPOSIT           ck/ref no.   8763152                              3,160.08
          PAYLEASE.COM          CREDIT       412470470
  Feb 25  ACH DEPOSIT           ck/ref no.   8772482                              7,360.00
          PAYLEASE.COM          SETTLEMENT   000023261239166
  Feb 26  ACH DEPOSIT           ck/ref no.   8883921                              6,832.83
          PAYLEASE.COM          SETTLEMENT   000023273534714
  Feb 27  ACH DEPOSIT           ck/ref no.   9015314                              8,693.48
          PAYLEASE.COM          SETTLEMENT   000023282329010
  Feb 28  ACH DEPOSIT           ck/ref no.   9146778                             15,214.89
          PAYLEASE.COM          SETTLEMENT   000023287121782

Withdrawals and Other Debits
  Feb 03  AUTOMATED PAYMENT     ck/ref no.   6679837                              7,093.53
          PAYLEASE.COM          RETURN       000023064384798
```



```
                                                    Statement Period
                                                    From February  01, 2025
                                                    To   February  28, 2025
                                                    Page      4 of     4

                                                    PRIVATE CLIENT GROUP 264
                                                    50 WEST 57TH STREET
                                                    NEW YORK, NY 10019


     EASTGATE WHITEHOUSE LLC DIP           9-264
     DEBTOR IN POSSESSION
     CASE NUMBER 22-22635-SHL
     6 PURITAN RD
     RYE NY   10580                999              See Back for Important Information


                                                    Primary Account           662        29

 Feb 27  AUTOMATED PAYMENT    ck/ref no.    9010945                                   355.99
         DELUXE SMALL BUS     EDI/ACH       17082001592207
         ISA*00*         *00*         *ZZ*REMITCO
 Feb 27  AUTOMATED PAYMENT    ck/ref no.    9014677                                 2,400.00
         PAYLEASE.COM         RETURN        000023281852206
 Feb 28  AUTOMATED PAYMENT    ck/ref no.    9125856                                   177.84
         VERIZON              PAYMENTREC    6514175830001

Checks by Serial Number
 Feb 10      496         450.00       Feb 13    532       2,758.76
 Feb 05      497       9,500.00       Feb 13    533         208.14
 Feb 10      511 *       187.27       Feb 11    534       3,800.00
 Feb 10      519 *   125,000.00       Feb 13    535       3,940.36
 Feb 13      520         865.56       Feb 13    536         147.39
 Feb 19      521         750.00       Feb 25    537       5,400.00
 Feb 14      522         871.00       Feb 25    538      23,080.88
 Feb 12      523          27.21       Feb 25    540 *    23,300.00
 Feb 19      524       1,959.75       Feb 28    541       4,184.14
 Feb 25      525      29,047.37       Feb 28    542       1,500.00
 Feb 13      526         533.49       Feb 26    545 *     7,600.00
 Feb 13      527          73.67       Feb 28    561 *       329.53
 Feb 13      528         194.43       Feb 28    562         680.66
 Feb 13      529       1,147.11       Feb 28    563         514.38
 Feb 14      531 *        58.64

                * Indicates break in check sequence

Daily Balances
 Jan 31    1,050,488.04           Feb 14    1,129,847.30
 Feb 03    1,079,680.09           Feb 18    1,129,904.80
 Feb 04    1,187,104.23           Feb 19    1,142,750.44
 Feb 05    1,183,656.93           Feb 20    1,144,573.94
 Feb 06    1,239,407.10           Feb 24    1,150,373.94
 Feb 07    1,244,137.10           Feb 25    1,080,065.77
 Feb 10    1,120,857.33           Feb 26    1,079,298.60
 Feb 11    1,122,412.54           Feb 27    1,085,236.09
 Feb 12    1,122,385.33           Feb 28    1,093,064.43
 Feb 13    1,123,755.57
```



```
                                                         Statement Period
                                                    From March    01, 2025
                                                    To   March    31, 2025
                                                    Page    1 of      4

                                                    PRIVATE CLIENT GROUP 264
                                                    50 WEST 57TH STREET
                                                    NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP           9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580                999          See Back for Important Information


                                              Primary Account:███████662         33
```

IMPORTANT NOTICE: EFFECTIVE AS OF APRIL 15, 2024, FLAGSTAR PRIVATE BANK (THE "BANK") HAS UPDATED ITS PRIVACY NOTICE, CALIFORNIA CONSUMER PRIVACY ACT DISCLOSURE NOTICE, AND ONLINE PRIVACY STATEMENT (COLLECTIVELY, THE "PRIVACY DOCUMENTATION").

THE UPDATED PRIVACY DOCUMENTATION WILL REPLACE ALL PRIVACY DOCUMENTATION IN EFFECT PRIOR TO APRIL 15, 2024. ON OR AFTER APRIL 15, 2024, PLEASE VISIT HTTPS://WWW.FLAGSTAR.COM/PRIVATE-BANK/ABOUT-US/AGREEMENTS-AND-DISCLOSURES.HTML TO VIEW THE FULL TEXT OF THE UPDATED PRIVACY DOCUMENTATION.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ███662 | BANKRUPTCY CHECKING | 1,093,064.43 | 1,179,257.40 |
| | RELATIONSHIP TOTAL | | 1,179,257.40 |



```
                                                          Statement Period
                                                          From March    01, 2025
                                                          To   March    31, 2025
                                                          Page    2 of      4

                                                          PRIVATE CLIENT GROUP 264
                                                          50 WEST 57TH STREET
                                                          NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP            9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY   10580                  999              See Back for Important Information


                                                         Primary Account:         62          33


BANKRUPTCY CHECKING                     662




Summary

   Previous Balance as of March    01, 2025                                           1,093,064.43
        26 Credits                                                                      355,814.12
        37 Debits                                                                       269,621.15
   Ending Balance as of    March   31, 2025                                           1,179,257.40


Deposits and Other Credits
   Mar 03   ACH DEPOSIT              ck/ref no.   9299549                                 3,794.36
            PAYLEASE.COM       SETTLEMENT      000023303184854
   Mar 03   ACH DEPOSIT              ck/ref no.   9299550                                52,027.55
            PAYLEASE.COM       SETTLEMENT      000023297100566
   Mar 04   ACH DEPOSIT              ck/ref no.   9523103                               124,104.96
            PAYLEASE.COM       SETTLEMENT      000023341860978
            013 000000000422971869000679497
   Mar 05   ACH DEPOSIT              ck/ref no.   9665365                                 8,754.37
            PAYLEASE.COM       SETTLEMENT      000023361832826
   Mar 06   ACH DEPOSIT              ck/ref no.   9793589                                 1,000.00
            PAYLEASE.COM       CREDIT         415419801
   Mar 06   ACH DEPOSIT              ck/ref no.   9809374                                 4,425.06
            PAYLEASE.COM       SETTLEMENT      000023382331714
   Mar 06   ACH DEPOSIT              ck/ref no.   9809373                                34,735.99
            PAYLEASE.COM       SETTLEMENT      000023382859838
   Mar 06   ACH DEPOSIT              ck/ref no.   9799389                                43,697.41
            MOHR ICON LLC     CASHFLOW36     016MKSHWH3NT2JW
              MOHR ICON LLC CASHFLOW360 016MKSHWH3NT2JW
              MOHR ICON LLC CASHFLOW360 016MKSHWH3NT2JW INV V007380325
            EASTGATE WHITEHOUSE LL
   Mar 07   ACH DEPOSIT              ck/ref no.   9929788                                 2,178.56
            PAYLEASE.COM       CREDIT         415750766
   Mar 07   ACH DEPOSIT              ck/ref no.   9937540                                 3,199.43
            PAYLEASE.COM       SETTLEMENT      000023396719530
```



```
                                                                    Statement Period
                                                                    From March    01, 2025
                                                                    To   March    31, 2025
                                                                    Page    3 of      4

                                                                    PRIVATE CLIENT GROUP 264
                                                                    50 WEST 57TH STREET
                                                                    NEW YORK, NY 10019


            EASTGATE WHITEHOUSE LLC DIP              9-264
            DEBTOR IN POSSESSION
            CASE NUMBER 22-22635-SHL
            6 PURITAN RD
            RYE NY   10580                    999              See Back for Important Information


                                                         Primary Account:  ████662        33


     Mar 11  ACH DEPOSIT          ck/ref no.   210835                                    3,210.34
             PAYLEASE.COM         CREDIT       416137626
     Mar 11  ACH DEPOSIT          ck/ref no.   217496                                    3,800.00
             PAYLEASE.COM         SETTLEMENT   000023417271410
     Mar 12  ACH DEPOSIT          ck/ref no.   338381                                    4,388.77
             PAYLEASE.COM         SETTLEMENT   000023428744178
     Mar 13  ACH DEPOSIT          ck/ref no.   456370                                    5,050.00
             PAYLEASE.COM         SETTLEMENT   000023440155226
     Mar 14  ACH DEPOSIT          ck/ref no.   593613                                    2,268.51
             PAYLEASE.COM         SETTLEMENT   000023445848890
     Mar 17  ACH DEPOSIT          ck/ref no.   705598                                    3,800.00
             PAYLEASE.COM         SETTLEMENT   000023452774834
     Mar 19  ACH DEPOSIT          ck/ref no.   969961                                    2,200.00
             PAYLEASE.COM         SETTLEMENT   000023476028042
     Mar 19  REMOTE CAPTURE                                                              5,891.67
     Mar 20  ACH DEPOSIT          ck/ref no.   1075591                                   2,660.08
             PAYLEASE.COM         CREDIT       416741273
     Mar 24  ACH DEPOSIT          ck/ref no.   1302537                                   1,900.00
             PAYLEASE.COM         SETTLEMENT   000023496895274
     Mar 24  ACH DEPOSIT          ck/ref no.   1302536                                   2,207.50
             PAYLEASE.COM         SETTLEMENT   000023496546818
     Mar 25  REMOTE CAPTURE                                                              2,200.00
     Mar 26  ACH DEPOSIT          ck/ref no.   1535022                                   7,286.70
             PAYLEASE.COM         SETTLEMENT   000023518446726
     Mar 27  ACH DEPOSIT          ck/ref no.   1650474                                   1,989.35
             PAYLEASE.COM         SETTLEMENT   000023527575434
     Mar 28  ACH DEPOSIT          ck/ref no.   1768438                                  23,558.41
             PAYLEASE.COM         SETTLEMENT   000023534928034
     Mar 31  ACH DEPOSIT          ck/ref no.   1873490                                   5,485.10
             PAYLEASE.COM         SETTLEMENT   000023538793394

Withdrawals and Other Debits
     Mar 07  AUTOMATED PAYMENT    ck/ref no.   9937144                                   3,611.34
             PAYLEASE.COM         RETURN       000023392434950
     Mar 11  AUTOMATED PAYMENT    ck/ref no.   217518                                    7,093.53
             PAYLEASE.COM         RETURN       000023417435974
     Mar 18  AUTOMATED PAYMENT    ck/ref no.   853525                                    3,041.00
             PAYLEASE.COM         RETURN       000023464761990
     Mar 28  AUTOMATED PAYMENT    ck/ref no.   1743494                                     177.84
             VERIZON              PAYMENTREC   6514175830001
```



```
                                                        Statement Period
                                                        From March    01, 2025
                                                        To   March    31, 2025
                                                        Page    4 of    4

                                                        PRIVATE CLIENT GROUP 264
                                                        50 WEST 57TH STREET
                                                        NEW YORK, NY 10019


        EASTGATE WHITEHOUSE LLC DIP            9-264
        DEBTOR IN POSSESSION
        CASE NUMBER 22-22635-SHL
        6 PURITAN RD
        RYE NY    10580                  999              See Back for Important Information


                                                        Primary Account:  ████████662       33
```

Checks by Serial Number

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| Mar 14 | 491 | 7,653.89 | Mar 26 | 571 | 119.67 |
| Mar 03 | 543 * | 29,650.00 | Mar 26 | 572 | 83.66 |
| Mar 03 | 544 | 41,954.30 | Mar 26 | 573 | 44.84 |
| Mar 12 | 546 * | 55.00 | Mar 26 | 574 | 204.28 |
| Mar 03 | 549 * | 53.08 | Mar 26 | 575 | 3,950.02 |
| Mar 24 | 551 * | 25.00 | Mar 26 | 576 | 854.67 |
| Mar 03 | 553 * | 322.83 | Mar 27 | 578 * | 500.00 |
| Mar 03 | 556 * | 100.00 | Mar 25 | 579 | 6,850.00 |
| Mar 31 | 558 * | 160.38 | Mar 31 | 580 | 2,517.73 |
| Mar 26 | 559 | 24.50 | Mar 28 | 582 * | 1,500.00 |
| Mar 24 | 560 | 285.31 | Mar 27 | 585 * | 32,667.23 |
| Mar 06 | 564 * | 3,200.00 | Mar 27 | 586 | 36,200.91 |
| Mar 03 | 565 | 4,600.00 | Mar 31 | 587 | 4,585.00 |
| Mar 10 | 566 | 25,000.00 | Mar 26 | 588 | 24,895.05 |
| Mar 24 | 567 | 350.00 | Mar 31 | 589 | 232.99 |
| Mar 31 | 569 * | 661.96 | Mar 25 | 591 * | 23,080.88 |
| Mar 26 | 570 | 3,314.26 | | | |

\* Indicates break in check sequence

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Feb 28 | 1,093,064.43 | Mar 17 | 1,270,205.77 |
| Mar 03 | 1,072,206.13 | Mar 18 | 1,267,164.77 |
| Mar 04 | 1,196,311.09 | Mar 19 | 1,275,256.44 |
| Mar 05 | 1,205,065.46 | Mar 20 | 1,277,916.52 |
| Mar 06 | 1,285,723.92 | Mar 24 | 1,281,363.71 |
| Mar 07 | 1,287,490.57 | Mar 25 | 1,253,632.83 |
| Mar 10 | 1,262,490.57 | Mar 26 | 1,227,428.58 |
| Mar 11 | 1,262,407.38 | Mar 27 | 1,160,049.79 |
| Mar 12 | 1,266,741.15 | Mar 28 | 1,181,930.36 |
| Mar 13 | 1,271,791.15 | Mar 31 | 1,179,257.40 |
| Mar 14 | 1,266,405.77 | | |