Hearing Date: October 23, 2025, at 11:00 a.m. (prevailing Eastern Time)
Objection Deadline: October 16, 2025

**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
John E. Westerman
William C. Heuer
Mickee M. Hennessy
Todd M. Gardella
Michele L. Angell
*Special Litigation Counsel to David Wallace,*
*as Chapter 11 Plan Administrator of the*
*Estate of Eastgate Whitehouse, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                     :
In re                                                :    Case No. 22-22635 (SHL)
                                                     :
EASTGATE WHITEHOUSE LLC,                             :
                                                     :    Chapter 11
                                                     :
                    Debtor.                          :
                                                     :
-------------------------------------------------------x

**NOTICE OF MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER
(I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S
ASSETS PURSUANT TO THE CONFIRMED PLAN, (II) APPROVING THE
STALKING HORSE AGREEMENT, SUBJECT TO HIGHER AND BETTER
OFFERS, (III) FINDING THAT THE BUYER IS A GOOD FAITH PURCHASER
UNDER BANKRUPTCY CODE § 363(m), (IV) APPROVING THE
ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES PURSUANT
TO BANKRUPTCY CODE § 365, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Scheduling Expedited Hearing and Modifying Local Rule's Deadline for Filing Objections to, and Limiting Notice of, Motion Of Plan Administrator For Entry Of An Order (I) Approving The Sale Of Substantially All Of The Debtor's Assets Pursuant To The Confirmed Plan, (II) Approving The Stalking Horse Agreement, Subject To Higher And Better Offers, (III) Finding That The Buyer Is A Good Faith Purchaser Under Bankruptcy Code § 363(m), (IV) Approving The Assignment Of Executory Contracts And Leases Pursuant To*

*Bankruptcy Code § 365, And (V) Granting Related Relief* (Docket No. 364) a hearing on the *Motion Of Plan Administrator For Entry Of An Order (I) Approving The Sale Of Substantially All Of The Debtor's Assets Pursuant To The Confirmed Plan, (II) Approving The Stalking Horse Agreement, Subject To Higher And Better Offers, (III) Finding That The Buyer Is A Good Faith Purchaser Under Bankruptcy Code § 363(m), (IV) Approving The Assignment Of Executory Contracts And Leases Pursuant To Bankruptcy Code § 365, And (V) Granting Related Relief* (the "Sale Motion")[1] will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, New York 10601 on **October 23, 2025, at 11:00 a.m.** (prevailing Eastern Time) or as soon thereafter as counsel may be heard (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing shall take place virtually via Zoom for Government. All attorneys and parties wishing to appear at the Sale Hearing must register their appearance by utilizing the Court's *eCourt Appearances* tool located on the Bankruptcy Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Case participants must check in to confirm their appearance no later than 4:00 p.m. (prevailing Eastern Time) one (1) business day prior to the scheduled Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Sale Motion, including without limitation objections to the assignment of the Assigned Contracts and Leases to the Stalking Horse, shall be filed with the Bankruptcy Court and served such as to be actually received **no later than October 16, 2025,** by: (i) special litigation counsel for David Wallace as the Plan Administrator for the Debtor: Mickee M. Hennessy, Esq., and Michele L. Angell, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556 ("Special Counsel"); (ii) counsel for the Secured Lender: Bruce J. Zabarauskas, Esq., Holland & Knight LLP, 4675 MacArthur

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Sale Motion.

2

Court, Suite 900, Newport Beach, California 92660, and Vivian A. Arias, Esq., Holland & Knight LLP, 787 Seventh Avenue, 31st Floor, New York, New York 10019 ("Secured Creditor Counsel"); (iii) counsel for the Stalking Horse: Robert B. Koonin, Esq., Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, NY 10016; and (iv) the Office of the United States Trustee, Attn: Paul Schwartzberg, Esq., Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; and

**PLEASE TAKE FURTHER NOTICE,** that any proposed higher and better offers shall be submitted in writing to Special Counsel and Secured Creditor Counsel, so as to be actually received no later than **October 20, 2025**.  All such offers must be accompanied by a deposit payable to the Plan Administrator (as defined in the Sale Motion) of at least $650,000 in immediately available funds.  If such a higher and better offer is timely received, then an auction shall be conducted at a place and time to be determined.  If, however, no such higher and better offer is timely received, no auction will take place and the Sale to the Stalking Horse will proceed, subject to the entry of the Sale Order.

Dated: Uniondale, New York
       October 1, 2025

**WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP**

By:  /s/ *Mickee M. Hennessy*
     John E. Westerman
     William C. Heuer
     Mickee M. Hennessy
     Todd M. Gardella
     Michele L. Angell
     1201 RXR Plaza
     Uniondale, New York 11556
     Telephone: (516) 622-9200
     jwesterman@westermanllp.com
     wheuer@westermanllp.com
     mhennessy@westermanllp.com
     tgardella@westermanllp.com
     mangell@westermanllp.com

     *Special Litigation Counsel to David Wallace,
     as Chapter 11 Plan Administrator of the
     Estate of Eastgate Whitehouse, LLC*

3