# Exhibit C

**Exhibit C to**
**Barclays Bank PLC's Chapter 11 Liquidating Plan For The Debtor**

## List Of Leases To Be Assumed

| TENANT | STREET | APARTMENT |
|---|---|---|
| John Sullivan | 350 E 52nd St | 01C |
| Anastas Anastassov | 350 E 52nd St | 02A |
| Lilian Fernandes | 350 E 52nd St | 02B |
| Marcia Kaufman | 350 E 52nd St | 02C |
| Jenna Lanoil | 350 E 52nd St | 02D |
| Carolyn Feigan | 350 E 52nd St | 02E |
| Monica Passin | 350 E 52nd St | 02F |
| Jhon Smith | 350 E 52nd St | 02G |
| Xiaoli Xu | 350 E 52nd St | 02H |
| Zain Hasan | 350 E 52nd St | 02J |
| Aliza Iiano | 350 E 52nd St | 02K |
| Allison Witlow | 350 E 52nd St | 03A |
| Melissa Li | 350 E 52nd St | 03C |
| Alyssa Williamson | 350 E 52nd St | 03D |
| Mark Bluni | 350 E 52nd St | 03E |
| Samantha Diamond | 350 E 52nd St | 03F |
| Tommaso Degrezia | 350 E 52nd St | 03G |
| Joshua Kaston | 350 E 52nd St | 03H |
| Rachel Marcus | 350 E 52nd St | 03J |
| Stacey Simbal | 350 E 52nd St | 03K |
| Jennifer Puma | 350 E 52nd St | 04A |
| Makenna Pearsall | 350 E 52nd St | 04B |
| Ivan Daskalovski | 350 E 52nd St | 04C |
| Christopher Cassetta | 350 E 52nd St | 04D |
| Melissa Blankstein | 350 E 52nd St | 04E |
| Roxanne Rittberg | 350 E 52nd St | 04F |
| Nessa Obten | 350 E 52nd St | 04G |
| Phyllis Dubrow | 350 E 52nd St | 04H |
| Tommaso Degrezia | 350 E 52nd St | 04J |
| Sharon Rivera | 350 E 52nd St | 05A |
| Emilia Stevens | 350 E 52nd St | 05B |
| Hemantha Parvatharaj | 350 E 52nd St | 05C |
| Brian Bilsback | 350 E 52nd St | 05D |
| Kristin Francis | 350 E 52nd St | 05E |
| Robert Koeppel | 350 E 52nd St | 05F |
| Nancy Ng-Sharp | 350 E 52nd St | 05G |
| Jason & Diana Aptaker | 350 E 52nd St | 05H |
| Shaby Katz | 350 E 52nd St | 05J |
| Mostafa Khairy | 350 E 52nd St | 05K |
| Erica Aronow | 350 E 52nd St | 06A |
| Calvin Yoon | 350 E 52nd St | 06B |
| Les Haber | 350 E 52nd St | 06D |
| Carolina Bowe | 350 E 52nd St | 06E |
| Alisa Badiner | 350 E 52nd St | 06F |
| Kirk & Jennifer Swanson | 350 E 52nd St | 06G |
| Eliza Jacobi | 350 E 52nd St | 06H |
| Roqueline Lustosa-Sary | 350 E 52nd St | 06J |
| Julie Fuschetti | 350 E 52nd St | 06K |
| Karen Cohen | 350 E 52nd St | 07A |
| Caroline Bucca | 350 E 52nd St | 07B |
| Christina Ingram | 350 E 52nd St | 07C |

## List Of Leases To Be Assumed

| | | |
|---|---|---|
| Doris Perlman | 350 E 52nd St | 07E |
| Gerald Cohen | 350 E 52nd St | 07F |
| Brian Kennedy | 350 E 52nd St | 07G |
| First Commerical Bank | 350 E 52nd St | 07J |
| Brian Coltrinai | 350 E 52nd St | 07k |
| Jasmine Louie | 350 E 52nd St | 08A |
| Joseph Schwartz | 350 E 52nd St | 08B |
| Darjan Hristov | 350 E 52nd St | 08C |
| Haley Nitzberg | 350 E 52nd St | 08D |
| Tessa Green | 350 E 52nd St | 08E |
| Diane Perla | 350 E 52nd St | 08F |
| Kimberly Gardner | 350 E 52nd St | 08G |
| Joan Dorbian | 350 E 52nd St | 08H |
| Seiko Mizutani | 350 E 52nd St | 08J |
| Robert Salvit | 350 E 52nd St | 08K |
| Shannon Gorman | 350 E 52nd St | 09A |
| Jack Malykin | 350 E 52nd St | 09B |
| Seth Bergey | 350 E 52nd St | 09C |
| Alessandra Bozzo | 350 E 52nd St | 09D |
| Dani Guglielmo | 350 E 52nd St | 09E |
| Michael Wiseman | 350 E 52nd St | 09F |
| Michaela Nicholas | 350 E 52nd St | 09G |
| Shayna Walter | 350 E 52nd St | 09H |
| Gabrielle Bass | 350 E 52nd St | 09J |
| Sany Marques | 350 E 52nd St | 09K |
| Maryanne McGrath | 350 E 52nd St | 10A |
| Vera Da Costa | 350 E 52nd St | 10C |
| Colleen Jones | 350 E 52nd St | 10D |
| Logan Brodsky | 350 E 52nd St | 10E |
| Joan Asher | 350 E 52nd St | 10F |
| Shannon Simnor | 350 E 52nd St | 10G |
| Gregory Linksman | 350 E 52nd St | 10H |
| Kelly Moran | 350 E 52nd St | 10J |
| Alexa Mandel III | 350 E 52nd St | 10K |
| Max Goldenberg | 350 E 52nd St | 11A |
| Shade Quailey | 350 E 52nd St | 11B |
| Hermes Ademovi-Super | 350 E 52nd St | 11C |
| Stephanie Nwosa | 350 E 52nd St | 11D |
| Friedeke Bastiaans | 350 E 52nd St | 11E |
| Joshua Small | 350 E 52nd St | 11F |
| Jared Kirschner | 350 E 52nd St | 11G |
| Paige Kriftcher | 350 E 52nd St | 11H |
| Francine Oro | 350 E 52nd St | 11J |
| Paul Callamaras | 350 E 52nd St | 11K |
| Samantha Sternschein | 350 E 52nd St | 12A |
| Laurence Hunter | 350 E 52nd St | 12B |
| Richard Rose | 350 E 52nd St | 12C |
| Amanda Cohn | 350 E 52nd St | 12D |
| Kaylee Reynolds | 350 E 52nd St | 12E |
| Alexa Shepherd | 350 E 52nd St | 12F |
| Anusha Basana | 350 E 52nd St | 12G |
| Laurie Cagnassola | 350 E 52nd St | 12H |

**Exhibit C**
**List Of Leases To Be Assumed**

| Ron Ariel | 350 E 52nd St | 12J |
|---|---|---|
| Allison Komara | 350 E 52nd St | 12K |
| Tomas Santiago Radnic | 350 E 52nd St | 14A |
| Lihan Wen | 350 E 52nd St | 14B |
| Brandon Chu | 350 E 52nd St | 14C |
| Brittany Meyer | 350 E 52nd St | 14D |
| Sofia Tortora Morel | 350 E 52nd St | 14E |
| Nicholas Cinquina | 350 E 52nd St | 14F |
| Rebecca Wiener | 350 E 52nd St | 14G |
| Ai Hirakawa | 350 E 52nd St | 14H |
| Mariana Garcia | 350 E 52nd St | 14J |
| Sirine Sentissi | 350 E 52nd St | 14K |
| Kathleen Koprswski | 350 E 52nd St | 15A |
| Scott Switzer | 350 E 52nd St | 15B |
| Mikala Zonsius | 350 E 52nd St | 15E |
| Roshan Padaki | 350 E 52nd St | 15G |
| Jack & Maria Torffield | 350 E 52nd St | 15H |
| Jamal Syed | 350 E 52nd St | 15J |
| Mindy Klau | 350 E 52nd St | 15K |
| Support Parking | 350 E 52nd St | GARAGE |
| Tibor Ardai | 350 E 52nd St | PHA |
| Jena Davidson | 350 E 52nd St | PHB |
| Kenneth Keenaghan | 350 E 52nd St | PHC |
| Andrew Fernandes | 350 E 52nd St | PHD |
| Mumbah Style Pizza | 350 E 52nd St | ST1 |
| 939 Mitchel Market | 350 E 52nd St | ST3 |
| 937 First Avenue Food Corp. | 350 E 52nd St | ST4 |