# Exhibit D

**Exhibit D to**
**Barclays Bank PLC's Chapter 11 Liquidating Plan For The Debtor**

# Exhibit D
## Cure Amounts
**These Cure Amounts represent the amount of tenant security deposits to be restored upon assumption of each lease**

| TENANT | STREET | APARTMENT | CURE AMOUNT |
|---|---|---|---|
| John Sullivan | 350 E 52nd St | 01C | $3,100.00 |
| Anastas Anastassov | 350 E 52nd St | 02A | $2,400.00 |
| Lilian Fernandes | 350 E 52nd St | 02B | $2,400.00 |
| Marcia Kaufman | 350 E 52nd St | 02C | $1,481.58 |
| Jenna Lanoil | 350 E 52nd St | 02D | $5,000.00 |
| Carolyn Feigan | 350 E 52nd St | 02E | $3,200.00 |
| Monica Passin | 350 E 52nd St | 02F | $1,487.54 |
| Jhon Smith | 350 E 52nd St | 02G | $7,000.00 |
| Xiaoli Xu | 350 E 52nd St | 02H | $1,975.00 |
| Zain Hasan | 350 E 52nd St | 02J | $2,625.00 |
| Aliza Iiano | 350 E 52nd St | 02K | $3,300.00 |
| Allison Witlow | 350 E 52nd St | 03A | $1,800.00 |
| Melissa Li | 350 E 52nd St | 03C | $2,900.00 |
| Alyssa Williamson | 350 E 52nd St | 03D | $4,250.00 |
| Mark Bluni | 350 E 52nd St | 03E | $3,200.00 |
| Samantha Diamond | 350 E 52nd St | 03F | $2,740.75 |
| Tommaso Degrezia | 350 E 52nd St | 03G | $4,200.00 |
| Joshua Kaston | 350 E 52nd St | 03H | $2,075.00 |
| Rachel Marcus | 350 E 52nd St | 03J | $2,800.00 |
| Stacey Simbal | 350 E 52nd St | 03K | $2,700.00 |
| Jennifer Puma | 350 E 52nd St | 04A | $1,825.00 |
| Makenna Pearsall | 350 E 52nd St | 04B | $2,538.04 |
| Ivan Daskalovski | 350 E 52nd St | 04C | $2,200.00 |
| Christopher Cassetta | 350 E 52nd St | 04D | $3,200.00 |
| Melissa Blankstein | 350 E 52nd St | 04E | $2,990.95 |
| Roxanne Rittberg | 350 E 52nd St | 04F | $960.85 |
| Nessa Obten | 350 E 52nd St | 04G | $3,257.30 |
| Phyllis Dubrow | 350 E 52nd St | 04H | $1,464.92 |
| Tommaso Degrezia | 350 E 52nd St | 04J | $1,900.00 |
| Sharon Rivera | 350 E 52nd St | 05A | $2,825.00 |
| Emilia Stevens | 350 E 52nd St | 05B | $2,675.00 |
| Hemantha Parvatharaj | 350 E 52nd St | 05C | $3,350.00 |
| Brian Bilsback | 350 E 52nd St | 05D | $3,450.00 |
| Kristin Francis | 350 E 52nd St | 05E | $2,820.00 |
| Robert Koeppel | 350 E 52nd St | 05F | $1,379.88 |
| Nancy Ng-Sharp | 350 E 52nd St | 05G | $4,000.00 |
| Jason & Diana Aptaker | 350 E 52nd St | 05H | $2,225.00 |
| Shaby Katz | 350 E 52nd St | 05J | $1,900.00 |
| Mostafa Khairy | 350 E 52nd St | 05K | $4,750.00 |
| Erica Aronow | 350 E 52nd St | 06A | $2,533.10 |
| Calvin Yoon | 350 E 52nd St | 06B | $2,598.10 |
| Les Haber | 350 E 52nd St | 06D | $2,301.23 |
| Carolina Bowe | 350 E 52nd St | 06E | $2,669.50 |
| Alisa Badiner | 350 E 52nd St | 06F | $2,100.00 |
| Kirk & Jennifer Swanson | 350 E 52nd St | 06G | $4,200.00 |
| Eliza Jacobi | 350 E 52nd St | 06H | $2,430.00 |
| Roqueline Lustosa-Sary | 350 E 52nd St | 06J | $2,350.00 |
| Julie Fuschetti | 350 E 52nd St | 06K | $3,207.68 |
| Karen Cohen | 350 E 52nd St | 07A | $1,706.91 |

# Exhibit D
## Cure Amounts
**These Cure Amounts represent the amount of tenant security deposits to be restored upon assumption of each lease**

| | | | |
|---|---|---|---|
| Caroline Bucca | 350 E 52nd St | 07B | $1,205.47 |
| Christina Ingram | 350 E 52nd St | 07C | $2,400.00 |
| Doris Perlman | 350 E 52nd St | 07E | $1,116.60 |
| Gerald Cohen | 350 E 52nd St | 07F | $2,325.00 |
| Brian Kennedy | 350 E 52nd St | 07G | $3,800.00 |
| First Commerical Bank | 350 E 52nd St | 07J | $1,957.39 |
| Brian Coltrinai | 350 E 52nd St | 07k | $2,900.00 |
| Jasmine Louie | 350 E 52nd St | 08A | $2,019.17 |
| Joseph Schwartz | 350 E 52nd St | 08B | $1,820.83 |
| Darjan Hristov | 350 E 52nd St | 08C | $2,200.00 |
| Haley Nitzberg | 350 E 52nd St | 08D | $4,600.00 |
| Tessa Green | 350 E 52nd St | 08E | $2,650.00 |
| Diane Perla | 350 E 52nd St | 08F | $1,328.68 |
| Kimberly Gardner | 350 E 52nd St | 08G | $5,500.00 |
| Joan Dorbian | 350 E 52nd St | 08H | $1,395.01 |
| Seiko Mizutani | 350 E 52nd St | 08J | $2,280.00 |
| Robert Salvit | 350 E 52nd St | 08K | $2,900.00 |
| Shannon Gorman | 350 E 52nd St | 09A | $2,625.00 |
| Jack Malykin | 350 E 52nd St | 09B | $868.28 |
| Seth Bergey | 350 E 52nd St | 09C | $3,700.00 |
| Alessandra Bozzo | 350 E 52nd St | 09D | $2,750.00 |
| Dani Guglielmo | 350 E 52nd St | 09E | $2,587.31 |
| Michael Wiseman | 350 E 52nd St | 09F | $3,200.00 |
| Michaela Nicholas | 350 E 52nd St | 09G | $5,625.00 |
| Shayna Walter | 350 E 52nd St | 09H | $2,150.00 |
| Gabrielle Bass | 350 E 52nd St | 09J | $876.96 |
| Sany Marques | 350 E 52nd St | 09K | $3,145.00 |
| Maryanne McGrath | 350 E 52nd St | 10A | $2,255.00 |
| Idamarie Pennolin Pennolino | 350 E 52nd St | 10A | $1,208.24 |
| Vera Da Costa | 350 E 52nd St | 10C | $1,355.34 |
| Colleen Jones | 350 E 52nd St | 10D | $2,999.96 |
| Logan Brodsky | 350 E 52nd St | 10E | $2,550.00 |
| Joan Asher | 350 E 52nd St | 10F | $1,039.82 |
| Shannon Simnor | 350 E 52nd St | 10G | $4,850.00 |
| Gregory Linksman | 350 E 52nd St | 10H | $2,309.76 |
| Kelly Moran | 350 E 52nd St | 10J | $1,194.41 |
| Alexa Mandel III | 350 E 52nd St | 10K | $5,500.00 |
| Max Goldenberg | 350 E 52nd St | 11A | $2,478.55 |
| Shade Quailey | 350 E 52nd St | 11B | $2,050.00 |
| Hermes Ademovi-Super | 350 E 52nd St | 11C | $0.00 |
| Stephanie Nwosa | 350 E 52nd St | 11D | $3,200.00 |
| Friedeke Bastiaans | 350 E 52nd St | 11E | $1,375.28 |
| Joshua Small | 350 E 52nd St | 11F | $3,210.34 |
| Jared Kirschner | 350 E 52nd St | 11G | $2,389.61 |
| Paige Kriftcher | 350 E 52nd St | 11H | $2,663.24 |
| Francine Oro | 350 E 52nd St | 11J | $1,138.02 |
| Paul Callamaras | 350 E 52nd St | 11K | $2,860.38 |
| Samantha Sternschein | 350 E 52nd St | 12A | $2,557.80 |
| Laurence Hunter | 350 E 52nd St | 12B | $1,576.22 |
| Richard Rose | 350 E 52nd St | 12C | $3,000.00 |

**Exhibit D**
**Cure Amounts**
**These Cure Amounts represent the amount of tenant security deposits to be restored upon assumption of each lease**

| | | | |
|---|---|---|---|
| Amanda Cohn | 350 E 52nd St | 12D | $1,410.57 |
| Kaylee Reynolds | 350 E 52nd St | 12E | $1,750.00 |
| Alexa Shepherd | 350 E 52nd St | 12F | $3,300.00 |
| Anusha Basana | 350 E 52nd St | 12G | $6,400.00 |
| Laurie Cagnassola | 350 E 52nd St | 12H | $4,200.00 |
| Ron Ariel | 350 E 52nd St | 12J | $2,000.00 |
| Allison Komara | 350 E 52nd St | 12K | $5,300.00 |
| Tomas Santiago Radnic | 350 E 52nd St | 14A | $2,500.00 |
| Lihan Wen | 350 E 52nd St | 14B | $2,013.83 |
| Brandon Chu | 350 E 52nd St | 14C | $2,500.00 |
| Brittany Meyer | 350 E 52nd St | 14D | $3,500.00 |
| Sofia Tortora Morel | 350 E 52nd St | 14E | $2,300.00 |
| Nicholas Cinquina | 350 E 52nd St | 14F | $2,599.87 |
| Rebecca Wiener | 350 E 52nd St | 14G | $3,700.00 |
| Ai Hirakawa | 350 E 52nd St | 14H | $2,850.00 |
| Mariana Garcia | 350 E 52nd St | 14J | $2,500.00 |
| Sirine Sentissi | 350 E 52nd St | 14K | $2,800.00 |
| Kathleen Koprswski | 350 E 52nd St | 15A | $3,300.00 |
| Scott Switzer | 350 E 52nd St | 15B | $2,950.00 |
| Mikala Zonsius | 350 E 52nd St | 15E | $3,600.00 |
| Roshan Padaki | 350 E 52nd St | 15G | $5,000.00 |
| Jack & Maria Torffield | 350 E 52nd St | 15H | $1,245.71 |
| Jamal Syed | 350 E 52nd St | 15J | $834.88 |
| Mindy Klau | 350 E 52nd St | 15K | $3,039.43 |
| Support Parking | 350 E 52nd St | GARAGE | $0.00 |
| Tibor Ardai | 350 E 52nd St | PHA | $3,003.26 |
| Jena Davidson | 350 E 52nd St | PHB | $4,600.00 |
| Kenneth Keenaghan | 350 E 52nd St | PHC | $3,500.00 |
| Andrew Fernandes | 350 E 52nd St | PHD | $4,500.00 |
| Mumbah Style Pizza | 350 E 52nd St | ST1 | $60,000.00 |
| 939 Mitchel Market | 350 E 52nd St | ST3 | $11,200.00 |
| 937 First Avenue Food Corp. | 350 E 52nd St | ST4 | $37,500.00 |