**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN, LLP**
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 662-9200
John E. Westerman, Esq.
Mickee M. Hennessy, Esq.
*Special Litigation Counsel for*
*The Estate of Eastgate Whitehouse LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                              :
In re                                                        :     Case No. 22-22635 (SHL)
                                                              :
EASTGATE WHITEHOUSE LLC,              :
                                                              :     Chapter 11
                                                              :
                           Debtor.                      :
                                                              :
------------------------------------------------------x

### DECLARATION OF DANIEL PARKER IN SUPPORT OF THE *MOTION OF PLAN ADMINISTRATOR FOR ENTRY OF AN ORDER (I) APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS PURSUANT TO THE CONFIRMED PLAN, (II) APPROVING THE STALKING HORSE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS, (III) FINDING THAT THE BUYER IS A GOOD FAITH PURCHASER UNDER BANKRUPTCY CODE 363(M), (IV) APPROVING THE ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES PURSUANT TO BANKRUPTCY CODE § 365, AND (V) GRANTING RELATED RELIEF*

DANIEL PARKER declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Managing Director of Eastdil Secured, LLC ("Eastdil"), a New York limited liability company with offices at 40 West 57th Street, New York, New York 10019. Eastdil is a licensed real estate broker in and by the State of New York.

2. I submit this declaration in support of the *Motion Of Plan Administrator For Entry Of An Order (i) Approving The Sale Of Substantially All Of The Debtor's Assets Pursuant To The Confirmed Plan, (ii) Approving The Stalking Horse Agreement, Subject To Higher And Better Offers, (iii) Finding That The Buyer Is A Good Faith Purchaser Under Bankruptcy Code 363(m),*

1

*(iv) Approving The Assignment Of Executory Contracts And Leases Pursuant To Bankruptcy Code § 365, and (v) Granting Related Relief* (the "Sale Motion").[1]

3. Eastdil is a global real estate investment bank, founded in 1967, with offices headquartered in New York, New York. Eastdil has been an active broker, auctioneer, appraiser and liquidator for more than thirty years and is well versed and experienced in connection with the marketing and sales of sophisticated commercial real estate properties. Eastdil's Manhattan office provides, among other things, real estate investment sales, research information, and advisory services for mixed use, multifamily and retail properties in New York City.

4. I have been with Eastdil since 2022 and have significant personal experience in the marketing and sale of commercial property. I have successfully closed on several multifamily and mixed use multifamily/retail transactions throughout my career and during my tenure at Eastdil.

5. Along with my team, I marketed the real property located at 939-943 First Avenue a/k/a 344-350 East 52nd Street, New York, New York (the "Property") and the Debtor's personal property (the "Personal Property," and together with the Property, the "Assets") located on or about the Property.

6. Eastdil's Real Estate Group marketed to a vast number of investors, developers, debt funds, private equity funds, bankruptcy attorneys and trustees, lenders, family offices, syndicators, institutional funds, high net worth individuals, and distressed asset investors both locally and nationally. We also worked with outside commercial and residential brokerage firms. Through direct emails, social media, industry websites, co-brokers, print & online advertisements, and publications, we reached over **14,697 parties** concerning sale of the Debtor's interest in the Assets.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion

2

7. Specifically, Eastdil sent out approximately 59,000 e-mails to our full list of investors which included (i) initial teaser launch notices, (ii) teaser re-blast notice, (iii) call for offers notice, and (iv) calls for offers reminder.

8. The marketing efforts led to 78 potential purchasers executing confidentiality agreements, 13 tours of the Property, and 15 offers for the purchase of the Property. After analyzing each of the offers, Eastdil and the Plan Administrator have concluded that Mazal's offer, as reflected in the PSA, is the highest and best offer received for the debtor's interest in the Assets to date.[2]

9. I declare under the pains and penalties of perjury that the foregoing is true and correct.

Dated: September _26_, 2025
New York, New York

Authorized Signature: _____
Daniel Parker
Managing Director
Eastdil Secured, LLC

---

[2] Further details can be found in the Motion.

3