# Exhibit A

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◦
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◦
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

* ALSO MEMBER OF NEW JERSEY BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
◦ ALSO MEMBER OF CONNECTICUT BAR
* ALSO MEMBER OF CALIFORNIA BAR
♦ ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

October 20, 2025

Via Email
John Westerman, Esq.
Westerman Ball et al.
1201 RXR Plaza
Uniondale, New York 11556

Re:   Eastgate Whitehouse LLC
      Case No. 22-22635 (SHL)

Dear John:

    My firm has been engaged by Sonny Tran as a potential purchaser for the ground lease of the real property located at 939-943 First Avenue, a/k/a 344-350 East 52nd Street, New York, New York and related assets offered for sale by Eastgate Whitehouse LLC (the "Debtor"). We have reviewed sale motion [ECF No. 365] (the "Sale Motion") and understand that competing bids are due today together with a deposit of $650,000. Please accept this offer on behalf of Mr. Tran for all of the Debtor's right, title and interest in and to the Assets as defined in the Sale Motion, consistent with the proposed stalking horse contract appended to the Sale Motion, with the following changes:

1. Buyer: Sonny Tran or his designee
2. Purchase Price: $13.5 million with the assumption of the cure amounts listed in the Sale Motion to reestablish security deposits for the tenants.
3. No financing or other contingencies. Due diligence has been completed.
4. Deposit of $650,00 to be held in escrow as liquidated damages in the event Mr. Tran is the high bidder.

5. Finding that Mr. Tran is a good faith purchaser pursuant to 11 U.S.C. Section 363(m).
6. Right to modify list of service contracts listed in Schedule "20".
7. Confirmation that there are no defaults under the ground lease with the master landlord.
8. Sale to be free and clear of all liens, claims, taxes and encumbrances and there are no outstanding New York City or Building Code violations.
9. Seller representation that there is no current rent strike.

Attached please find proof of Mr. Tran's financial wherewithal to close this transaction. We reserve the right to supplement this information as may be needed.

Please confirm by return email that this letter offer and the wire transfer have been received and that Mr. Tran has been accepted as a qualified bidder for the auction.

Very truly yours,

/s/ Kevin J. Nash

Enclosures
cc:   Mr. Sonny Tran

The above consented to this
20th day of October, 2025

_____
Sonny Tran

2