# Exhibit B

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

### ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH*†
KATHARINE M. FINCH~
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN~
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*

J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518

BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)

EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)

*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
~   ALSO MEMBER OF CONNECTICUT BAR
*   ALSO MEMBER OF CALIFORNIA BAR
♦   ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

October 22, 2025

Via Email
William C. Heuer, Esq.
Westerman Ball et al.
1201 RXR Plaza
Uniondale, New York 11556

Re:   Eastgate Whitehouse LLC
      Case No. 22-22635 (SHL)

Dear Bill:

Thank you for your call yesterday and I want to clarify the inquiries from your office.

First, the initial offer of $13.5 million, all cash, does not include the assumption of the cure amounts which is a separate payment. The total purchase price is $13.5 plus the assumption of the cure amounts, so effectively the offer is $13,862,537.04. based upon the rent roll annexed to the stalking horse contract.

Second, Mr. Tran is sending to me this morning confirmation of another $2 million to augment his prior submission showing proof of $12 million in funds, for a total of $14 million in available proceeds.

Mr. Tran does not seek to modify the Schedule "20" service contracts and is not requiring any representations from the Seller. We do believe, however, that any buyer will require confirmation at least that the ground lease is currently in full force and effect and is not subject to a declared default.

Finally, please be advised that Mr. Tran is fine with taking the property subject to the Schedule "4" violations together with the credit of $150,000.

Please call with any further questions or concerns.

Very truly yours,

/s/ Kevin J. Nash

cc:    Mr. Sonny Tran